KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: kkaiser@agutah.gov

*Attorneys for Executive Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>LIEUTENANT GOVERNOR SPENCER COX, ATTORNEY GENERAL SEAN D. REYES, WADE FARRAWAY, DANIEL BURTON, SPEAKER OF THE HOUSE GREG HUGHES, REPRESENTATIVE REBECCA CHAVEZ-HOUCK, JOHN FELLOWS, GARY HARTER,<br><br>            Defendants. | **NOTICE OF SUGGESTION OF DEATH**<br><br>Case No. 2:18-CV-00029-RJS<br><br>Judge Robert J. Shelby |

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Defendant Wade Farraway provides the following suggestion of death of Mr. Farraway.

In his Complaint, Plaintiff Aaron Johnson has sued Wade Farraway in his "personal and official capacit[y]." Compl. at 1. Wade Farraway passed away on July 13, 2017. Daniel Burton will be substituted for the claims against Mr. Farraway in his official capacity. Fed. R. Civ. P. 25(d). And the claims against Mr. Farraway may only be continued as allowed by Federal Rule of Civil Procedure 25(a).

DATED:  February 2, 2018

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ Kyle J. Kaiser
KYLE J. KAISER
Assistant Utah Attorney General
*Attorney for Defendant Farraway*

## **CERTIFICATE OF MAILING**

I certify that on February 2, 2018I electronically filed the foregoing, **Notice of Suggestion of Death** using the Court's electronic filing system. I also certify that a true and correct copy of the foregoing was sent via FedEx First Overnight (tracking no. 771391547393) to the following:

 Aaron Johnson
646 W 500 N
Salt Lake City, UT 84116

                                         /s/          Kyle J. Kaiser