Aaron Johnson
Plaintiff, Pro Se
646 West 500 North
Telephone: (202) 819-3814
Email: pentasys@msn.com

FILED
U.S. DISTRICT COURT

2018 SEP -4  P 4: 16

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| AARON J. JOHNSON<br><br>PLAINTIFF,<br>VS.<br><br>LT. GOVERNOR SPENCER COX<br>IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>UTAH ATTORNEY GENERAL SEAN D REYES IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>WADE FARRAWAY IN HIS INDIVIDUAL CAPACITY;<br><br>DAN BURTON IN HIS INDIVIDUAL CAPACITY;<br><br>GARY HARTER IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>JAMES BEDINGFIELD IN HIS INDIVIDUAL CAPACITY<br><br>GENERAL COUNSEL, JOHN FELLOWS IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>UTAH SPEAKER OF THE HOUSE, GREG HUGHES IN HIS INDIVIDUAL CAPACITY;<br><br>DEFENDANT(S) | **NOTICE OF ERRATA TO CORRECT CASE CAPTION**<br><br>CASE NO. 2:18-CV-00029-RJS<br><br>JUDGE ROBERT J SHELBY<br><br>MAGISTRATE JUDGE DUSTIN B. PEAD |

1

Plaintiff gives notice that there was is an error in caption of this complaint. Plaintiff seeks to correct the caption of this case to conform with case caption rules.

The caption should read in the form, Defendant individually and in his/her official capacity as follows;

>**SPENCER J COX** individually and in his official capacity; **SEAN D REYES** individually and in his official capacity; **WADE FARRAWAY** individually and in his official capacity; **DAN BURTON** individually and in his official capacity; **GARY HARTER** individually and in his official capacity; **JAMES BEDINGFIELD** individually and in his official capacity; **JOHN FELLOWS** individually and in his official capacity; **GREG HUGHES** individually and in his official capacity; and Does 1 - 10

Plaintiff also seeks to correct the caption of the case as to the cause of action as follows;

>**CIVIL RIGHTS COMPLAINT FOR INJUNCTIVE, DECLARATORY RELIEF AND DAMAGES  42 U.S. Code § 1983 AND PETITION FOR MANDAMUS PURSUANT 28 U.S. Code §1361**

Plaintiff's pleading as captioned, now properly reflects the 'DEFENDANTS' and "Cause of action" section(s) for this complaint and attached herein as exhibit one.

Respectfully submitted,

*[signature]*

Tuesday, September 4, 2018

Aaron Johnson

Plaintiff, Pro Se

2

## CERTIFICATE OF MAILING

I certify that on [Tuesday, September 4, 2018], I filed the foregoing **NOTICE OF ERRATA TO CORRECT CASE CAPTION** with the Clerk of the Court. I also certify that a true and correct copy of the foregoing was placed in outgoing, US Mail, postage prepaid, to the following counsel of record:

State's Executive Counsel Kyle Kaiser
Office of the Attorney General
160 East 300 South, Sixth floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100

Legislative Defendants' Counsel
Christine Gilbert / Eric Weeks
Office of Legislative Research and General Counsel
Utah State Capitol Complex House Building, Suite W210
Salt Lake City, Utah 84114
Telephone: (801) 538-1032

_____

Aaron Johnson

Plaintiff, Pro Se

## Exhibit 1:

See captioned case as exhibit 1

Aaron Johnson
Plaintiff, Pro Se
646 West 500 North
Telephone: (202) 819-3814
Email: pentasys@msn.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| AARON J. JOHNSON<br><br>　　　　PLAINTIFF,<br>VS.<br><br>**SPENCER J COX** individually and in his official capacity; **SEAN D REYES** individually and in his official capacity; **WADE FARRAWAY** individually and in his official capacity; **DAN BURTON** individually and in his official capacity; **GARY HARTER** individually and in his official capacity; **JAMES BEDINGFIELD** individually and in his official capacity; **JOHN FELLOWS** individually and in his official capacity; **GREG HUGHES** individually and in his official capacity;<br><br>And Does 1 - 10<br><br>　　　　DEFENDANT(S) | **CIVIL RIGHTS COMPLAINT FOR INJUNCTIVE, DECLARATORY RELIEF AND DAMAGES 42 U.S. Code § 1983**<br><br>AND<br><br>**PETITION FOR MANDAMUS PURSUANT 28 U.S. Code §1361**<br><br>CASE NO. 2:18-CV-00029-RJS<br><br>JUDGE ROBERT J SHELBY<br><br>MAGISTRATE JUDGE DUSTIN B. PEAD |